**Order entered April 1, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00728-CR

**AMBROCIO CANO REYES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F06-62132-J**

## ORDER

The Court **REINSTATES** the appeal.

On March 21, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On March 28, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the March 21, 2014 order requiring findings.

We **GRANT** the March 28, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

We **GRANT** appellant's March 28, 2014 motion to supplement the record. We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the capias bearing the August 7, 2008 file-stamp.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/ DAVID EVANS
   JUSTICE